IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

| | | |
|---|---|---|
| ELAINE CHIVON FELDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:12-02175 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is Plaintiff's Motion to Transfer (Document No. 6.), filed on July 23, 2012. Plaintiff seeks a change of venue to the Western District of Virginia pursuant to 28 U.S.C. § 1404. This case was filed in this district on June 20, 2012. (Document No. 2.) Plaintiff states in her Complaint that she is a resident of Bluefield, Virginia, which is in Tazewell County, Virginia. (Document No. 1 at 1.) Proper venue under 42 U.S.C. § 405(g) is "in the district court of the United States for the judicial district in which the plaintiff resides." 42 U.S.C. § 405(g). Accordingly, it is hereby **ORDERED** that the Clerk shall **TRANSFER** this matter to the Western District of Virginia (Abingdon), pursuant to 28 U.S.C. § 1404(a).

The Clerk is directed to send a copy of this Order to counsel of record.

ENTER: July 23, 2012.

R. Clarke VanDervort
United States Magistrate Judge